1  **GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
2    seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
3    marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
4    hayley@gutridesafier.com
100 Pine Street, Suite 1250
5  San Francisco, CA 94111
Telephone: (415) 639-9090
6  Facsimile: (415) 449-6469

7  *Attorneys for Plaintiff*
   *Lynn Zimmerman*
8

**FARELLA BRAUN + MARTEL LLP**
Thomas B. Mayhew (State Bar No. 183539)
  TMayhew@fbm.com
Elizabeth A. Dorsi (State Bar No. 282285)
  edorsi@fbm.com
Daniel A. Contreras (State Bar No. 329632)
  dcontreras@fbm.com
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

**PATTERSON BELKNAP WEBB & TYLER LLP**
Joshua Kipnees (*pro hac vice*)
  jkipnees@pbwt.com
Emma Ellman-Golan (*pro hac vice*)
  eellmangolan@pbwt.com
Elianni de la Cruz (*pro hac vice*)
  edelacruz@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2110

*Attorneys for Defendant*
*L'Oréal USA, Inc.*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN ZIMMERMAN, an individual, on behalf of herself, the general public, and those similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>L'ORÉAL USA, INC.,<br><br>               Defendant. | Case No. 4:22-cv-07609-HSG<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Hon. Haywood S. Gilliam, Jr. |

- 2 -

Pursuant to Civil Local Rule 6-2, Plaintiff Lynn Zimmerman ("Plaintiff") and Defendant L'Oreal, USA, Inc. ("Defendant," and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate with respect to the briefing deadlines for Defendant's Motion to Dismiss (ECF 26):

WHEREAS, Plaintiff filed her complaint on December 2, 2022 (ECF 1) and an errata complaint on December 9, 2022 (ECF 9);

WHEREAS, pursuant to stipulation (ECF 13), Defendant filed its motion to dismiss (the "Motion") on January 9, 2023 (ECF 26);

WHEREAS, the hearing on Defendant's Motion is set for May 4, 2023 (ECF 26);

WHEREAS, the current deadline for the opposition to the Motion is January 23, 2023 (ECF 26);

WHEREAS, the current deadline for the reply in support of the Motion is January 30, 2023 (ECF 26);

WHEREAS, due to competing case deadlines in other cases, Plaintiff requested, and Defendant agreed to, an extension on the briefing schedule for the Motion;

WHEREAS, the proposed schedule will not alter the date of any other event or any deadline, including the hearing on the Motion, already fixed by Court order;

WHEREAS, no party will be prejudiced by the stipulated-to extension of time;

NOW, THEREFORE, the Parties stipulate and agree that the briefing deadlines on Defendant's Motion be set as follows:

| Event | Existing Deadline | Extended Deadline |
|---|---|---|
| Plaintiffs' Opposition to Defendant's Motion | January 23, 2023 | February 24, 2023 |
| Defendant's Reply in support of its Motion | January 30, 2023 | March 17, 2023 |

//

//

STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS
CASE NO. 4:22-CV-07609-HSG

14115927V.1

//

STIPULATED AND AGREED TO this 18th day of January, 2023.

| **GUTRIDE SAFIER LLP** | **FARELLA BRAUN + MARTEL LLP** |
|---|---|

*s/Hayley A. Reynolds*

Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiff*
*Lynn Zimmerman*

*s/Thomas Mayhew*

Thomas B. Mayhew (State Bar No. 183539)
  tmayhew@fbm.com
Elizabeth A. Dorsi (State Bar No. 282285)
  edorsi@fbm.com
Daniel A. Contreras (State Bar No. 329632)
  dcontreras@fbm.com
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480

**PATTERSON BELKNAP WEBB & TYLER LLP**

*s/Joshua Kipnees*

Joshua Kipnees (*pro hac vice*)
  jkipnees@pbwt.com
Emma Ellman-Golan (*pro hac vice*)
  eellmangolan@pbwt.com
Elianni de la Cruz (*pro hac vice*)
  edelacruz@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2110

*Attorneys for Defendant*
*L'Oréal USA, Inc.*

**FILER ATTESTATION**

I, Hayley Reynolds, attest under Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*s/Hayley A. Reynolds*
Hayley A. Reynolds

# ORDER

PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED: Plaintiff's deadline to file an opposition to Defendant's Motion to Dismiss is February 24, 2023. Defendant's deadline to file a reply in support of its Motion to Dismiss is March 17, 2023.  The hearing on Defendant's Motion remains set for 2:00 p.m. on May 4, 2023.

Dated:   1/18/2023

The Honorable Haywood S. Gilliam, Jr.
United States District Judge
Northern District of California