**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiff*
*Lynn Zimmerman*

**FARELLA BRAUN + MARTEL LLP**
Thomas B. Mayhew (State Bar No. 183539)
  tmayhew@fbm.com
Elizabeth A. Dorsi (State Bar No. 282285)
  edorsi@fbm.com
Daniel A. Contreras (State Bar No. 329632)
  dcontreras@fbm.com
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480

**PATTERSON BELKNAP WEBB & TYLER LLP**
Joshua Kipnees (*pro hac vice*)
  jkipnees@pbwt.com
Emma Ellman-Golan (*pro hac vice*)
  eellmangolan@pbwt.com
Elianni de la Cruz (*pro hac vice*)
  edelacruz@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2110

*Attorneys for Defendant*
*L'Oréal USA, Inc.*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNN ZIMMERMAN, an individual, on behalf of herself, the general public, and those similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>L'ORÉAL USA, INC.,<br><br>             Defendant. | Case No. 4:22-cv-07609-HSG<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Haywood S. Gilliam, Jr. |

- 1 -
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 4:22-CV-07609-HSG

14128391V.2

1  Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-2(d), the above

2 captioned Parties, by and through their undersigned counsel, stipulate as follows:

3  WHEREAS, Plaintiff Lynn Zimmerman ("Plaintiff") filed her complaint on December 2,

4 2022 (ECF 1) and an errata complaint on December 9, 2022 (ECF 9);

5  WHEREAS, pursuant to stipulation (ECF 13), Defendant L'Oréal USA, Inc.

6 ("Defendant") filed its motion to dismiss (the "Motion") on January 9, 2023 (ECF 26);

7  WHEREAS, the hearing on Defendant's Motion is set for 2:00 pm on May 4, 2023 (ECF

8 26);

9  WHEREAS, the Court so-ordered the Parties' stipulation (ECF 28) providing that

10 Plaintiff's opposition to Defendant's Motion is due on February 24, 2023 and Defendant's reply

11 in support of its Motion is due on March 17, 2023 (ECF 29);

12  WHEREAS, the initial case management conference (the "Case Management

13 Conference") in this action is currently set for March 7, 2023 at 2:00 pm;

14  WHEREAS, pursuant to the schedules entered upon the filing of this action, the Parties'

15 ADR certifications are due on February 9, 2023 and the Parties' initial disclosures are due on

16 February 23, 2023 (ECF 4), and the Parties' joint case management report is due on February 28,

17 2023 (ECF 19);

18  WHEREAS, the Parties believe that it would be most efficient for the Court and

19 Parties—the Court's schedule permitting—for Defendant's Motion to be heard and the Case

20 Management Conference to be held on the same date, and for all other initial case management

21 deadlines (i.e., the deadlines for filing the Parties' joint case management report and ADR

22 certifications, and for serving initial disclosures) to be adjusted accordingly;

23  WHEREAS, the continuance requested herein will otherwise have no effect on the

24 schedule for the case;

25  WHEREAS, there have been no previous requests to continue the Case Management

26 Conference date or initial case management deadlines;

27

28

14128391V.2

NOW, THEREFORE, the Parties stipulate and agree that, subject to Court approval of this Stipulation:

- the Case Management Conference is continued from March 7, 2023 to May 4, 2023 at 2:00 pm.
- The deadline for the Parties to file their joint case management report is continued from February 28, 2023 to April 27, 2023, one week before the proposed date for the Case Management Conference;
- The deadline for the Parties to file their ADR certification is continued from February 9, 2023 to April 13, 2023, 21 days before the proposed date for the Case Management Conference; and
- The deadline for the Parties to serve their initial disclosures is vacated, and is to occur 14 days after the Rule 26(f) Conference, in accordance with Federal Rule of Civil Procedure 26(a)(1)(C).

STIPULATED AND AGREED TO this 31st day of January, 2023.

///

///

///

| GUTRIDE SAFIER LLP | FARELLA BRAUN + MARTEL LLP |
|---|---|
| *s/ Hayley A. Reynolds* | *s/ Thomas B. Mayhew* |
| Seth A. Safier (State Bar No. 197427)  seth@gutridesafier.com  Marie A. McCrary (State Bar No. 262670)  marie@gutridesafier.com  Hayley A. Reynolds (State Bar No. 306427)  hayley@gutridesafier.com  100 Pine Street, Suite 1250  San Francisco, CA 94111  Telephone: (415) 639-9090  Facsimile:  (415) 449-6469 | Thomas B. Mayhew (State Bar No. 183539)  tmayhew@fbm.com  Elizabeth A. Dorsi (State Bar No. 282285)  edorsi@fbm.com  Daniel A. Contreras (State Bar No. 329632)  dcontreras@fbm.com  235 Montgomery Street, 17th Floor  San Francisco, CA 94104  Telephone: (415) 954-4400  Facsimile:  (415) 954-4480 |

*Attorneys for Plaintiff*
*Lynn Zimmerman*

14128391V.2

| | |
|---|---|
| 1 | **PATTERSON BELKNAP WEBB & TYLER LLP** |
| 2 | |
| 3 | <u>*s/ Joshua Kipnees*</u><br>Joshua Kipnees (*pro hac vice*)<br>  jkipnees@pbwt.com |
| 4 | Emma Ellman-Golan (*pro hac vice*)<br>  eellmangolan@pbwt.com |
| 5 | Elianni de la Cruz (*pro hac vice*)<br>  edelacruz@pbwt.com |
| 6 | 1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2110 |
| 7 | |
| 8 | *Attorneys for Defendant*<br>*L'Oréal USA, Inc.* |

- 4 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 4:22-CV-07609-HSG

14128391V.2

**FILER ATTESTATION**

I, Thomas B. Mayhew, attest under Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*s/ Thomas B. Mayhew*
Thomas B. Mayhew

**[PROPOSED] ORDER**

PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED:

- The Case Management Conference is continued from March 7, 2023 to May 4, 2023 at 2:00 pm.
- The deadline for the Parties to file their joint case management report is continued from February 28, 2023 to April 27, 2023;
- The deadline for the Parties to file their ADR certification is continued from February 9, 2023 to April 13, 2023; and
- The deadline for the Parties to serve their initial disclosures is vacated and is to occur in accordance with the Federal Rules of Civil Procedure.

Dated: _____

                The Honorable Haywood S. Gilliam, Jr.
                United States District Judge
                Northern District of California