**FARELLA BRAUN + MARTEL LLP**
Thomas B. Mayhew (State Bar No. 183539)
One Bush Street, 9th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Email: TMayhew@fbm.com

**PATTERSON BELKNAP WEBB & TYLER LLP**
Joshua Kipnees (*pro hac vice*)
Hannah Brudney (*pro hac vice*)
Elianni De La Cruz (*pro hac vice*)
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Email: jkipnees@pbwt.com
          hbrudney@pbwt.com
          edelacruz@pbwt.com

*Attorneys for Defendant L'Oréal USA, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNN ZIMMERMAN, an individual, on behalf of herself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>L'ORÉAL USA, INC.,<br><br>Defendant. | Case No. 4:22-cv-07609-HSG<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

Having considered the moving and any responding papers of counsel, and for good cause shown, the Court hereby GRANTS Defendant's Motion to Extend Its Time to Answer Plaintiff's Complaint (Dkt. No. 9). Defendant will have up to and including August 21, 2023 to answer Plaintiff's Complaint.

IT IS SO ORDERED.

DATED:  7/31/2023

Hon. Haywood S. Gilliam, Jr.
United States District Judge