**GUTRIDE SAFIER LLP**

Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

**FARELLA BRAUN + MARTEL LLP**

Thomas B. Mayhew (State Bar No. 183539)
  tmayhew@fbm.com
Elizabeth A. Dorsi (State Bar No. 282285)
  edorsi@fbm.com
Daniel A. Contreras (State Bar No. 329632)
  dcontreras@fbm.com
One Bush Street, 9th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480

**PATTERSON BELKNAP WEBB & TYLER LLP**
Joshua Kipnees (*pro hac vice*)
  jkipnees@pbwt.com
Hannah Brudney (*pro hac vice*)
  hbrudney@pbwt.com
Elianni de la Cruz (*pro hac vice*)
  edelacruz@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2110

*Attorneys for Defendant*
*L'Oréal USA, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNN ZIMMERMAN, TONI HEUCHAN, AND MARIE GIORDANO, as individuals, on behalf of themselves, the general public, and those similarly situated,,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>L'ORÉAL USA, INC.,<br><br>　　　　　　　Defendant. | Case No.  4:22-cv-07609-HSG<br><br>**ORDER**<br><br>Hon. Haywood S. Gilliam, Jr. |

**ORDER**

PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED: Defendant's deadline to file a motion to dismiss or otherwise respond to the Amended Complaint is extended to September 6, 2023; Plaintiffs' opposition to any motion to dismiss the Amended Complaint shall be due by September 27, 2023; Defendant's reply in support of any motion to dismiss the Amended Complaint shall be due by October 6, 2023.

IT IS SO ORDERED.

DATED: __8/14/2023__

_____
Hon. Haywood S. Gilliam, Jr.

43078\16325749.1