FARELLA BRAUN + MARTEL LLP
Thomas B. Mayhew (State Bar No. 183539)
  tmayhew@fbm.com
Elizabeth A. Dorsi (State Bar No. 282285)
  edorsi@fbm.com
Daniel A. Contreras (State Bar No. 329632)
  dcontreras@fbm.com
One Bush Street, Suite 900
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

PATTERSON BELKNAP WEBB & TYLER LLP
Joshua Kipnees (*pro hac vice*)
  jkipnees@pbwt.com
Hannah Brudney (*pro hac vice*)
  hbrudney@pbwt.com
Elianni de la Cruz (*pro hac vice*)
  edelacruz@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 336-2110

*Attorneys for Defendant L'Oréal USA, Inc.*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN ZIMMERMAN, TONI HEUCHAN, AND MARIE GIORDANO, as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>L'ORÉAL USA, INC.,<br><br>　　　　　Defendant. | Case No. 4:22-cv-07609-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE JOINT CASE MANAGEMENT STATEMENT DEADLINE**<br><br>Case Management Date:  September 12, 2023<br><br>Hon. Haywood S. Gilliam, Jr. |

STIPULATION & ORDER TO CONTINUE
JT. CASE MGMT. STATEMENT DEADLINE
- Case No. 4:22-cv-07609-HSG

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

43078\16365570.1

# STIPULATION

This Stipulation is entered into by and between Plaintiffs Lynn Zimmerman, Toni Heuchan, and Marie Giordano, and Defendant L'Oréal USA, Inc., through their respective undersigned counsel, as follows:

WHEREAS, the current deadline to file the Parties' Joint Case Management Statement is September 5, 2023;

WHEREAS, the Parties are engaged in continuing discussions regarding certain aspects of the Joint Case Management Statement;

WHEREAS, it would promote judicial efficiency to permit the Parties to have additional time to continue their discussions;

/ / /

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION & ORDER TO CONTINUE
JT. CASE MGMT. STATEMENT DEADLINE
- Case No. 4:22-cv-07609-HSG

2

43078\16365570.1

THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree that, subject to the Court's approval, the deadline to file the Parties' Joint Case Management Statement with the Court shall be continued to September 7, 2023.

SO STIPULATED.

Dated: September 5, 2023

| | |
|---|---|
| **GUTRIDE SAFIER LLP** | **FARELLA BRAUN + MARTEL LLP** |
| */s/ Francisco Vargas*<br>Francisco Vargas (*pro hac vice*)<br>  francisco@gutridesafier.com<br>Seth A. Safier (State Bar No. 197427)<br>  seth@gutridesafier.com<br>Marie A. McCrary (State Bar No. 262670)<br>  marie@gutridesafier.com<br>Hayley A. Reynolds (State Bar No. 306427)<br>  hayley@gutridesafier.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone:  (415) 639-9090<br>Facsimile:  (415) 449-6469<br><br>*Attorneys for Plaintiffs* | */s/ Thomas B. Mayhew*<br>Thomas B. Mayhew (State Bar No. 183539)<br>  tmayhew@fbm.com<br>Elizabeth A. Dorsi (State Bar No. 282285)<br>  edorsi@fbm.com<br>Daniel A. Contreras (State Bar No. 329632)<br>  dcontreras@fbm.com<br>One Bush Street, Suite 900<br>San Francisco, CA 94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480<br><br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br><br>*/s/ Joshua Kipnees*<br>Joshua Kipnees (*pro hac vice*)<br>  jkipnees@pbwt.com<br>Hannah Brudney (*pro hac vice*)<br>  hbrudney@pbwt.com<br>Elianni de la Cruz (*pro hac vice*)<br>  edelacruz@pbwt.com<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2110<br><br>*Attorneys for Defendant L'Oréal USA, Inc.* |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION & ORDER TO CONTINUE
JT. CASE MGMT. STATEMENT DEADLINE
- Case No. 4:22-cv-07609-HSG

3

43078\16365570.1

## **ATTESTATION**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all parties have concurred in the filing of this Stipulation.

 */s/ Thomas B. Mayhew*
 Thomas B. Mayhew

STIPULATION & ORDER TO CONTINUE
JT. CASE MGMT. STATEMENT DEADLINE
- Case No. 4:22-cv-07609-HSG

4

43078\16365570.1

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

# **ORDER**

Pursuant to the stipulation of the parties, the deadline to file a Joint Case Management Statement shall be continued to September 7, 2023.

Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION & ORDER TO CONTINUE
JT. CASE MGMT. STATEMENT DEADLINE
- Case No. 4:22-cv-07609-HSG

5

43078\16365570.1

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400