**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

**FARELLA BRAUN + MARTEL LLP**
Thomas B. Mayhew (State Bar No. 183539)
  TMayhew@fbm.com
Elizabeth A. Dorsi (State Bar No. 282285)
  edorsi@fbm.com
Daniel A. Contreras (State Bar No. 329632)
  dcontreras@fbm.com
One Bush Street, 9th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

**PATTERSON BELKNAP WEBB & TYLER LLP**
Joshua Kipnees (*pro hac vice*)
  jkipnees@pbwt.com
Hannah Brudney (*pro hac vice*)
  hbrudney@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2110

*Attorneys for Defendant L'Oréal USA, Inc.*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNN ZIMMERMAN, TONI HEUCHAN, AND MARIE GIORDANO, as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>L'ORÉAL USA, INC.,<br><br>                Defendant. | Case No. 4:22-cv-07609-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE JOINT CASE MANAGEMENT STATEMENT DEADLINE**<br><br>**Case Management Date: January 9, 2024**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-2(d), the above captioned Parties, by and through their undersigned counsel, stipulate as follows:

WHEREAS, the current deadline to file the Parties' Joint Case Management Statement is January 2, 2024 (Dkt. 75);

WHEREAS, the Parties are engaged in continuing discussions regarding certain aspects of the Joint Case Management Statement;

WHEREAS, particularly in light of the holidays, additional time to continue these discussions would promote judicial efficiency;

WHEREAS, the continuance requested herein will otherwise have no effect on the schedule for the case;

THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree that, subject to the Court's approval, the deadline to file the Parties' Joint Case Management Statement with the Court shall be continued to January 5, 2024.

IT IS SO STIPULATED AND AGREED

Dated: December 26, 2023

**GUTRIDE SAFIER LLP**

*s/* Hayley A. Reynolds
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

**FARELLA BRAUN + MARTEL LLP**

*s/* Thomas B. Mayhew
Thomas B. Mayhew (State Bar No. 183539)
  tmayhew@fbm.com
Elizabeth A. Dorsi (State Bar No. 282285)
  edorsi@fbm.com
Daniel A. Contreras (State Bar No. 329632)
  dcontreras@fbm.com
One Bush Street, 9th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480

**PATTERSON BELKNAP WEBB & TYLER LLP**

*s/* Joshua Kipnees
Joshua Kipnees (*pro hac vice*)
  jkipnees@pbwt.com
Hannah Brudney (*pro hac vice*)
  hbrudney@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2110

*Attorneys for Defendant L'Oréal USA, Inc.*

STIPULATION AND ORDER TO CONTINUE JOINT CASE MANAGEMENT STATEMENT DEADLINE
CASE NO. 4:22-CV-07609-HSG

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the consent of Hayley A. Reynolds, counsel for Plaintiffs, for the filing of this stipulation.


*/s Thomas B. Mayhew*
Thomas B. Mayhew

1

## <u>ORDER</u>

2
       Pursuant to the stipulation of the Parties, the deadline to file a Joint Case Management

3
Statement shall be continued to January 5, 2024.

4

5

6
DATED:  12/27/2023

                  Haywood S. Gilliam, Jr.

7
                  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE JOINT CASE MANAGEMENT STATEMENT DEADLINE
CASE NO. 4:22-CV-07609-HSG