UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN ZIMMERMAN, et al., <br> Plaintiffs, <br> v. <br> L'OREAL USA, INC., <br> Defendant. | Case No. 22-cv-07609-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on January 9, 2024. Having considered the parties' proposals, *see* Dkt. No. 81, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to complete discovery needed in anticipation of class certification briefing | August 8, 2024 |
| Deadline to submit discovery disputes | August 15, 2024 |
| Deadline for Plaintiff to file motion for class certification and expert reports | August 22, 2024 |
| Deadline for Defendant's opposition to class certification and any expert reports | October 31, 2024 |
| Deadline for Plaintiffs' reply in support of motion for class certification | December 12, 2024 |
| Class Certification Hearing Deadline | January 9, 2025, at 2:00 p.m. |

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 1/29/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge