**FARELLA BRAUN + MARTEL LLP**
Thomas B. Mayhew (State Bar No. 183539)
Elizabeth A. Dorsi (State Bar No. 282285)
Daniel A. Contreras (State Bar No. 329632)
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400
Email: TMayhew@fbm.com

**PATTERSON BELKNAP WEBB & TYLER LLP**
Joshua Kipnees (*pro hac vice*)
Hannah Brudney (*pro hac vice*)
Nadav Ben Zur (*pro hac vice*)
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Email: jkipnees@pbwt.com
       hbrudney@pbwt.com
       nbenzur@pbwt.com

*Attorneys for Defendant L'Oréal USA, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN ZIMMERMAN, TONI HEUCHAN, AND MARIE GIORDANO, as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>L'ORÉAL USA, INC.,<br><br>*Defendant*. | Case No.: 4:22-cv-07609-HSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

Elianni De La Cruz seeks to withdraw as counsel *pro hac vice* for Defendant in the above captioned litigation pursuant to Local Rule 11-5(a). As this Court finds that Mr. De La Cruz has submitted satisfactory reasoning for withdrawal, and that the granting of this Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that Elianni De La Cruz's Motion to Withdraw as Counsel for Defendant is GRANTED, and Mr. De La Cruz is hereby terminated as counsel *pro hac vice* in this proceeding.

DATED: 4/2/2024

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT