**FARELLA BRAUN + MARTEL LLP**
Thomas B. Mayhew (State Bar No. 183539)
  TMayhew@fbm.com
Elizabeth A. Dorsi (State Bar No. 282285)
  edorsi@fbm.com
Daniel A. Contreras (State Bar No. 329632)
  dcontreras@fbm.com
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480

**PATTERSON BELKNAP WEBB & TYLER LLP**
Joshua Kipnees (admitted *pro hac vice*)
  jkipnees@pbwt.com
Hannah Brudney (admitted *pro hac vice*)
  hbrudney@pbwt.com
Nadav Ben Zur (admitted *pro hac vice*)
  nbenzur@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

*Attorneys for Defendant L'Oréal USA, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNN ZIMMERMAN, TONI HEUCHAN, and MARIE GIORDANO, as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>L'ORÉAL USA, INC.,<br><br>Defendant. | Case No. 4:22-cv-07609-HSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

Hannah Brudney seeks to withdraw as counsel *pro hac vice* for Defendant in the above-captioned litigation pursuant to Local Rule 11-5(a). As this Court finds that Ms. Brudney has submitted satisfactory reasoning for withdrawal, and that the granting of this Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that Hannah Brudney's Motion to Withdraw as Counsel for Defendant is GRANTED, and Ms. Brudney is hereby terminated as counsel *pro hac vice* in this proceeding.

DATED: 4/12/2024

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT