**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Francisco J. Rolon (admitted *pro hac vice*)
  francisco@gutridesafier.com
10 Glendale Parkway, Suite 130
Atlanta, GA 30328
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

**FARELLA BRAUN + MARTEL LLP**
Thomas B. Mayhew (State Bar No. 183539)
  TMayhew@fbm.com
Elizabeth A. Dorsi (State Bar No. 282285)
  edorsi@fbm.com
Daniel A. Contreras (State Bar No. 329632)
  dcontreras@fbm.com
One Bush Street, 9th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

**PATTERSON BELKNAP WEBB & TYLER LLP**
Joshua Kipnees (admitted *pro hac vice*)
  jkipnees@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

*Attorneys for Defendant*
*L'Oréal USA, Inc.*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN ZIMMERMAN, TONI HEUCHAN, and MARIA GIORDANO, on behalf of themselves, the general public, and those similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>L'ORÉAL USA, INC.,<br><br>        Defendant. | Case No. 4:22-cv-07609-HSG<br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Lynn Zimmerman, Toni Heuchan, and Maria Giordano and Defendant L'Oreal USA, Inc. hereby stipulate to the voluntarily dismissal of all of Plaintiffs' claims in this action with prejudice and without prejudice to putative class members' claims.. Each party shall bear its own attorneys' fees and costs.

Dated: September 20, 2024

**GUTRIDE SAFIER LLP**

/s/Seth A. Safier/s/
Seth A. Safier
  seth@gutridesafier.com

*Attorneys for Plaintiffs*

**PATTERSON BELKNAP WEBB & TYLER LLP**

/s/Joshua Kipnees/s/

Joshua Kipnees
  jkipnees@pbwt.com

*Attorneys for Defendant*

- 2 -
AMENDED NOTICE OF VOLUNTARY DISMISSAL – CASE NO. 4:22-CV-07609-HSG

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with the Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

Dated: September 20, 2024

**GUTRIDE SAFIER LLP**

*/s/Seth A. Safier/s/*
Seth A. Safier, Esq.

*Attorney for Plaintiffs*